IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CONTREL CLARK, ) <br> ) <br> Defendant. ) | 8:00CR204 <br><br> ORDER |

Defendant Contrel Clark (Clark) appeared before the court on December 22, 2008, on the Petition for Warrant or Summons for Offender Under Supervision (Report) (Filing No. 50). Clark was represented by First Assistant Federal Public Defender Shannon P. O'Connor and the United States was represented by Assistant U.S. Attorney Maria R. Moran. Through his counsel, Clark waived a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1).

The government moved for detention. Since Clark was in state custody, the government's motion was held in abeyance pending Clark coming into federal custody. Subsequent to the hearing, Clark was transferred to federal custody. On February 26, 2009, Clark filed a waiver of a detention hearing (Filing No. 65). Accordingly,

**IT IS ORDERED**:

1. Defendant Contrel Clark is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

2. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

3. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 6th day of March, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge